IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03294-PAB

THE TOWN OF SUPERIOR, a Colorado municipality,

     Plaintiff,

v.

UNITED STATES FISH AND WILDLIFE SERVICE,
UNITED STATES DEPARTMENT OF THE INTERIOR,
KEN SALAZAR, acting in his official capacity as Secretary of the Interior,
DANIEL M. ASHE, acting in his official capacity as Director of the United States Fish
and Wildlife Service,
STEVE GUERTIN, acting in his official capacity as Regional Director of the Mountain-
Prairie Region of the United States Fish and Wildlife Service, and
STEVE BERENDZEN, acting in his official capacity as Rocky Flats NWR Refuge
Manager,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Judge Philip A. Brimmer**

     This matter is before the Court on the parties' stipulated motion [Docket No. 16]
to withdraw plaintiff's motion for preliminary injunction [Docket No. 2] and to vacate the
hearing scheduled for January 17, 2012.  The Court having reviewed the motion, it is

     **ORDERED** that plaintiff's motion for preliminary injunction [Docket No. 2] is
deemed withdrawn without prejudice to renewal.  It is further

     **ORDERED** that the January 17, 2012 hearing scheduled on plaintiff's motion for
preliminary injunction is VACATED.

     DATED January 10, 2012.