IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-03294-PAB

THE TOWN OF SUPERIOR, a Colorado municipality,

 Plaintiff,

v.

UNITED STATES FISH AND WILDLIFE SERVICE,
UNITED STATES DEPARTMENT OF THE INTERIOR,
KEN SALAZAR, acting in his official capacity as Secretary of the Interior,
DANIEL M. ASHE, acting in his official capacity as Director of the United States Fish and Wildlife Service,
STEVE GUERTIN, acting in his official capacity as Regional Director of the Mountain-Prairie Region of the United States Fish and Wildlife Service, and
STEVE BERENDZEN, acting in his official capacity as Rocky Flats NWR Refuge Manager,

 Defendants.

## ORDER

This matter is before the Court on the Unopposed Motion for Permission to Intervene by the Board of County Commissioners of the County of Jefferson, Colorado ("Jefferson County") [Docket No. 13] filed on January 9, 2012. On January 9, Jefferson County also filed an answer to the complaint, requesting that the Court "enter judgment in their favor and against Plaintiff." Docket No. 14 at 22. The Court having reviewed the motion and answer, it is

**ORDERED** that the Unopposed Motion for Permission to Intervene by the Board of County Commissioners of the County of Jefferson, Colorado [Docket No. 13] is GRANTED. The Board of County Commissioners of the County of Jefferson, Colorado

is granted permission to intervene as a defendant in this matter pursuant to Fed. R. Civ. P. 24(a)(2).

DATED January 17, 2012.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge