THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-03294-PAB
(*consolidated with* Civil Action Nos. 12-cv-00034-PAB *and* 12-cv-00388-PAB)

THE TOWN OF SUPERIOR, a Colorado municipality,

    Plaintiff,

v.

UNITED STATES FISH AND WILDLIFE SERVICE, et al.,

    Defendants.

---

# ORDER

---

This matter is before the Court on the unopposed motion to intervene [Docket No. 24] in the consolidated case Civil Action No. 12-cv-00034-PAB filed by the Board of County Commissioners of the County of Jefferson, Colorado.  The Court being aware of the motion's premises, it is

**ORDERED** that the unopposed motion to intervene [Docket No. 24] in the consolidated case Civil Action No. 12-cv-00034-PAB is GRANTED.  The Board of County Commissioners of the County of Jefferson, Colorado is granted permission to intervene as a defendant in that consolidated case pursuant to Fed. R. Civ. P. 24(a)(2).  It is further

**ORDERED** that this order shall be docketed in both this case and Civil Action No. 12-cv-00034-PAB.

DATED June 4, 2012.

                          BY THE COURT:

                          s/Philip A. Brimmer
                          PHILIP A. BRIMMER
                          United States District Judge