THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-03294-PAB
(*consolidated with* Civil Action Nos. 12-cv-00034-PAB *and* 12-cv-00388-PAB)

THE TOWN OF SUPERIOR, a Colorado municipality,

    Plaintiff,

v.

UNITED STATES FISH AND WILDLIFE SERVICE, et al.,

    Defendants.

## ORDER

    This matter is before the Court on the City of Arvada's unopposed motion to intervene pursuant to Fed. R. Civ. P. 24 [Docket No. 21].  Although the motion does not specify on which side of this case the City of Arvada seeks to intervene, it appears to seek intervention as a defendant.  The Court being aware of the unopposed motion's premises, it is

    **ORDERED** that the unopposed motion to intervene [Docket No. 21] is GRANTED.  The City of Arvada is granted permission to intervene as a defendant in this matter.

    DATED June 29, 2012.

                                                    BY THE COURT:

                                                  s/Philip A. Brimmer
                                                  PHILIP A. BRIMMER
                                                  United States District Judge