THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-03294-PAB
(*consolidated with* Civil Action Nos. 12-cv-00034-PAB *and* 12-cv-00388-PAB)

THE TOWN OF SUPERIOR, a Colorado municipality,

    Plaintiff,

v.

UNITED STATES FISH AND WILDLIFE SERVICE, et al.,

    Defendants.

## ORDER

    This matter is before the Court on unopposed motion to intervene [Docket No. 26] filed by the Jefferson Parkway Public Highway Authority ("JPPHA").  The Court is aware of the motion's premises and will grant JPPHA's motion to the extent it seeks to intervene in this case.  JPPHA also seeks to intervene in consolidated Civil Action No. 12-cv-00034-PAB.  Because the cases are consolidated for all purposes and this case is the lead case, the Court will deny JPPHA's motion as moot to the extent it seeks to intervene in Civil Action No. 12-cv-00034.  For the foregoing reasons, it is

    **ORDERED** that the unopposed motion to intervene [Docket No. 26] filed by the Jefferson Parkway Public Highway Authority is GRANTED in part and DENIED in part.  Jefferson Parkway Public Highway Authority is granted permission to intervene as a defendant in this matter.

DATED June 29, 2012.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge