**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  July 19, 2012                              Deputy Clerk: Bernique Abiakam
                                                  Court Reporter: Kara Spitler

---

Civil Action No.: 11-cv-03294-JLK-AP
(consolidated with 12-cv-00034-JLK-AP and 12-cv-00388-JLK-AP)

THE TOWN OF SUPERIOR, et al.,              John E. Putnam
                                           Timothy R. Gablehouse
                                           Matthew D. Sandler
                                           Neil Levine

     Plaintiffs,

v.

UNITED STATES FISH AND WILDLIFE
et al.                                     John Martin
                                           Ty Bair (via telephone)
                                           Eric T. Butler
                                           Writer Mott,
                                           Roberto Ramirez
                                           Howard Kenison
                                           Patrick Compton
                                           David E. Hamrick

     Defendants.

---

### COURTROOM MINUTES

**AP - Status Conference**

**2:07 p.m.      Court in session.**

Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

**ORDERED:**  City Of Golden's Unopposed Motion For Leave To Amend Its Complaint (Filed 4/13/12; Doc. No. 35) is GRANTED.

**ORDERED:**  Motion Of The Natural Resource Trustees Of The State Of Colorado And The Board Of Land Commissioners Of The State Of Colorado For Permission To Intervene As Defendants In Wildearth Guardians et. al., v. United States Fish And Wildlife Service et al., Civil Action No. 12-cv-0388-PAB (Filed 5/24/12; Doc. No. 43) is GRANTED.

*11-cv-03294-JLK-AP*
*Status Conference*
*July 19, 2012*

Discussion regarding (Doc 16) in 12-cv-00388-PAB.

Comments by Mr. Levine.

Comments by Mr. Kenison.

**ORDERED:   Oral Argument is set for Tuesday July 24, 2012 at 2:00 p.m. on Doc. No. 49.**

Discussion regarding intervenors

Comments by the Court regarding litigation.

Comments by Mr. Martin.

**ORDERED:   A further Status Conference set for August 29, 2012 at 2:00 p.m.**

Comments by Mr. Kenison.

Comments by Mr. Levine.

**ORDERED:   Oral Request for Expedited Ruling on Doc. No. 54 is GRANTED.**

**2:46. p.m.     Court in recess.**
Hearing concluded.
Time in court - 39 minutes.

2