**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  July 24, 2012　　　　　　　　　　Deputy Clerk: Bernique Abiakam
　　　　　　　　　　　　　　　　　　　　Court Reporter: Tamara Hoffschildt

Civil Action No.: 11-cv-03294-JLK-AP
(consolidated with 12-cv-00034-JLK-AP and 12-cv-00388-JLK-AP)

THE TOWN OF SUPERIOR, a Colorado
municipality, et al.,　　　　　　　　　　John E. Putnam
　　　　　　　　　　　　　　　　　　　　Timothy R. Gablehouse
　　　　　　　　　　　　　　　　　　　　Matthew D. Sandler
　　　　　　　　　　　　　　　　　　　　Neil Levine

　　　　Plaintiffs,

v.

UNITED STATES FISH AND WILDLIFE
et al.　　　　　　　　　　　　　　　　　John Martin
　　　　　　　　　　　　　　　　　　　　Ty Bair (via telephone)
　　　　　　　　　　　　　　　　　　　　Writer Mott
　　　　　　　　　　　　　　　　　　　　Roberto Ramirez
　　　　　　　　　　　　　　　　　　　　Howard Kenison
　　　　　　　　　　　　　　　　　　　　Patrick Compton
　　　　　　　　　　　　　　　　　　　　Heather Warren
　　　　　　　　　　　　　　　　　　　　Daniel Miller

　　　　Defendants.

## COURTROOM MINUTES

**AP - Oral Argument**

**2:06 p.m.　　Court in session.**

Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

2:08 p.m.　　Argument by Ms. Warren.

2:19 p.m.　　Argument by Mr. Kenison.

2:20 p.m.　　Argument by Mr. Ramirez.

2:21 p.m.　　Argument by Mr. Sandler.

*11-cv-03294-JLK-AP*
*Status Conference*
*July 24, 2012*

2:26 p.m.      Comments and rulings by the Court.

**ORDERED:** Motion of the Natural Resource Trustees of the State of Colorado and the Board of Land Commissioners of the State of Colorado for Permission To Intervene as Defendants in Wildearth Guardians et al. V. United States Fish and Wildlife Service et al., civil Action No. 12-cv-00388-PAB (Filed in Civil Action No. 11-cv-03294-JLK-AP on 5/24/12; Doc. No. 43) is GRANTED over plaintiffs objections.

**ORDERED:** The City of Arvada's Motion For Permission To Intervene As A Defendant (Filed in Civil Action No. 12-cv-00388-JLK-AP on 4/16/12; Doc. No. 11) is GRANTED over plaintiffs objections.

**ORDERED:** Jefferson Parkway Public Highway Authority's Motion For Permission To Intervene As A Defendant (With Legal Authorities Incorporated) [Filed in Civil Action No. 12-cv-00388-JLK-AP on 4/26/12; Doc. No. 16] is GRANTED over plaintiffs objections.

Discussion regarding Doc. No. 54.

**ORDERED:** **Defendant's shall provide the 200 documents for *In camera* review, as specified.**

Clarity provided to Ms. Warren regarding motion to intervene and minute order.

**2:50 p.m.      Court in recess.**
Hearing concluded.
Time in court - 44 minutes.