**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  August 29, 2012                                 Deputy Clerk: Bernique Abiakam
                                                       Court Reporter: Terri Lindblom

Civil Action No.: 11-cv-03294-JLK-AP
(consolidated with 12-cv-00034-JLK-AP and 12-cv-00388-JLK-AP)

| | |
|---|---|
| THE TOWN OF SUPERIOR, a Colorado municipality, et al., | Melanie J. Granberg<br>Timothy R. Gablehouse<br>Lisa A. Reynolds<br>Matthew D. Sandler<br>Neil Levine |
| Plaintiffs, | |
| v. | |
| UNITED STATES FISH AND WILDLIFE et al. | John H. Martin, III<br>Ty Bair (via telephone) |
| Defendants, and | |
| THE BOARD OF COUNTY COMMISSIONER OF THE COUNTY OF JEFFERSON, COLORADO, CITY OF ARVADA, JEFFERSON PARKWAY PUBLIC HIGHWAY AUTHORITY, NATURAL RESOURCE TRUSTEES OF THE STATE OF COLORADO, and THE BOARD OF LAND COMMISSIONERS OF THE STATE OF COLORADO, | Writer Mott<br>Eric T. Butler<br>Roberto Ramirez<br>Howard Kenison<br>Patrick Compton<br>Daniel S. Miller<br>Jason E. King |
| Defendant-Intervenors. | |

**COURTROOM MINUTES**

**AP - Status Conference**

**2:05 p.m.     Court in session.**

Court calls case.  Appearances of counsel.

*11-cv-03294-JLK-AP*
*Status Conference*
*August 29, 2012*

Preliminary remarks by the Court.

Discussion regarding status of the case and briefing schedule.

2:08 p.m.     Statement by Mr. Levine.

2:13 p.m.     Statement by Mr. Martin.

**ORDERED:** **Plaintiffs Wildearth Guardians, Rocky Mountain wild, City Of Golden, And Town Of Superior's Joint Motion To Amend Briefing Schedule (Filed 8/27/12; Doc. No. 81) is GRANTED, as specified.  Reply briefs are due on or before October 23, 2012.  Any motion for preliminary injunction shall be filed by October 23, 2012.**

2:20 p.m.     Statement by Mr. Kenison.

**ORDERED:  Defendants supplemental brief shall be filed by October 16, 2012.**

Questions by Mr. Miller.

**ORDERED:  Intervenors shall file one consolidated supplemental brief by October 16, 2012.**

**2:21 p.m.     Court in recess.**
Hearing concluded.
Time in court - 16 minutes.