IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-3294-JLK-AP**(consolidated with Civil Action Nos. 12-cv-00034-JLK-AP and 12-cv-00388-JLK-AP)

**TOWN OF SUPERIOR, a Colorado municipality, et al.,**

    Plaintiffs,

v.

**UNITED STATES FISH AND WILDLIFE SERVICE, et al.,**

    Defendants, and

**THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, COLORADO,
CITY OF ARVADA,
JEFFERSON PARKWAY PUBLIC HIGHWAY AUTHORITY,
NATURAL RESOURCE TRUSTEES OF THE STATE OF COLORADO, and
THE BOARD OF LAND COMMISSIONERS OF THE STATE OF COLORADO,**

    Defendant-Intervenors.

**This document relates to ALL of the Consolidated Cases**

NOTICE THAT MERITS BRIEFING IS NOW COMPLETE AND
ORDER FOR REASSIGNMENT TO JUDGE BRIMMER

Kane, J.

With the filing of Plaintiffs' Joint Reply Brief yesterday evening, briefing in these consolidated administrative appeals is now COMPLETE and Plaintiffs' challenge to the approved Land Exchange along the Rocky Flats transportation corridor is ripe for review. The cases are REMANDED to the Clerk for REASSIGNMENT to Judge Brimmer, the merits judge originally assigned to them.

I note Plaintiffs also last night filed a Joint Motion to continue the preliminary injunction

currently operating in these cases beyond its December 20, 2012, expiration date, out of concern Judge Brimmer may or may not be able to resolve the merits of the cases by then.  *See* Joint Motion for Preliminary Injunction (Doc. 99).  I leave the decision to grant or deny the relief requested to the sound judgment of Judge Brimmer.

Dated October 24, 2012.

**s/John L. Kane**
SENIOR U.S. DISTRICT JUDGE
