IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-3294-JLK-AP** (consolidated with Civil Action Nos. 12-cv-00034-JLK-AP and 12-cv-00388-JLK-AP)

**TOWN OF SUPERIOR, a Colorado municipality, et al.,**

    Plaintiffs,

v.

**UNITED STATES FISH AND WILDLIFE SERVICE, et al.,**

    Defendants, and

**THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, COLORADO,
CITY OF ARVADA,
JEFFERSON PARKWAY PUBLIC HIGHWAY AUTHORITY,
NATURAL RESOURCE TRUSTEES OF THE STATE OF COLORADO, and
THE BOARD OF LAND COMMISSIONERS OF THE STATE OF COLORADO,**

    Defendant-Intervenors.

---

### MINUTE ORDER

---

Judge John L. Kane ORDERS

    Plaintiff City of Golden's Unopposed Motion for Leave to File an Amended Version of Opening Brief (doc. #98), is **GRANTED**. The amended brief is accepted as filed.

---

Dated October 24, 2012