IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03294-PAB

THE TOWN OF SUPERIOR, et al.,

    Plaintiffs,

v.

UNITED STATES FISH AND WILDLIFE SERVICE, et al.,

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    In light of the Order entered December 21, 2012 [Docket No. 122], the following motions are denied as moot:

    Plaintiffs' Joint Motion for Preliminary Injunction [Docket No. 99]

    Federal Defendants' Motion to Expedite Resolution of This Case on the Merits and to Schedule a Status Conference [Docket No. 103]

    Plaintiffs' Joint Motion to Renew Plaintiffs' Joint Motion for Preliminary Injunction [Docket No. 121]

    DATED December 21, 2012.